IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | : | CIVIL ACTION NO. 1:06-CV-00237 |
| v. | : | (Judge Christopher Connor) |
| RICKEY O. BRATHWAITE | : | |

### ORDER

AND NOW this 28th day of February, 2006, upon consideration of the Motion to Place Action on Administrative Hold filed by the Plaintiff, it is hereby:

ORDERED and DECREED that these proceedings are on ADMINISTRATIVE HOLD for 60-90 days pending the application of Defendant to the Pennsylvania Housing Finance Agency.

It is further ORDERED and DECREED that Plaintiff may proceed with foreclosure without further Order of Court should Defendant's application for assistance be denied.

BY THE COURT:

_____
J.

FILED
HARRISBURG, PA
FEB 2? 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk